# Case #4:04CR3151

## USA v. Delira

## Per RGK Order #96, dated 5/10/05

## This filing has been removed from the ECF system.