IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3151 |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JOSE DELIRA, | ) | |
| | ) | |
| Defendant. | ) | |

Through a letter, the defendant has requested that I change my recommendation to the Bureau of Prisons. I will do so.

IT IS ORDERED that I recommend to the Bureau of Prisons that the defendant be placed in Texas (preferably FCI Bastrop) rather than Arizona, as originally indicated, so that he might be closer to family. I request that the probation officer assigned to this case provide the Bureau of Prisons with a copy of this order. My chambers shall also mail a copy to Mr. DeLira.

DATED this 10th day of May, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge