IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSE DELIRA, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the Clerk's office shall strike and remove from CM/ECF filing 90, because the wrong defendant was referred to in the caption of the order.

    DATED this 10th day of May, 2005.

                                                   BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge