IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:04CR3151-3 |
| V. | ) | |
| JOSE DELIRA, | ) | ORDER |
| Defendant. | ) | |

The undersigned is in receipt of a letter from the defendant. (Filing no. 165.)

IT IS ORDERED that:

(1)   The defendant is advised that a request for a sentence reduction pursuant to Amendment 782 remains in the hands of counsel and will be disposed of as soon as reasonably possible.

(2)   The Clerk shall mail a copy of the docket sheet for this case to the defendant at his last known address at no charge.

(3)   The Clerk shall provide a copy of filing 165 and this order to FPD David Stickman, AUSA John Higgins, and Supervising USPO Kelly Nelson. The Clerk shall mail a copy of this order to the defendant at his last known address.

DATED this 21st day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge