AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
Jose Delira

Case No: 4:04CR3151-3
USM No: 19221-047

Date of Original Judgment: 04/26/2005
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jessica L. Milburn
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 188 months on Counts I & II concurrent ~~xxxxxx~~ **is reduced to** 151 months on Counts I & II concurrent.
*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated 04/26/2005 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/29/2015                    s/ Richard G. Kopf
                                          *Judge's signature*

Effective Date: 11/01/2015                Richard G. Kopf, Senior United States District Judge
*(if different from order date)*          *Printed name and title*

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jose Delira
CASE NUMBER: 4:04CR3151-3
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 31 | Amended Total Offense Level: 29 | |
| Criminal History Category: V | Criminal History Category: V | |
| Previous Guideline Range: 168 to 210 months | Amended Guideline Range: 140 to 175 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 154, 167 and 168 are granted as provided herein.